**Opinion issued July 27, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00512-CR

———————————

## IN RE JB BLACK, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, J.B. Black, has filed a petition for writ of mandamus compelling the trial court to rule on relator's "Memorandum and Motion to Dismiss for Lack of Subject Matter Jurisdiction."[1] We deny the petition.

---

[1] The underlying case is *State of Texas v. J.B. Black*, cause number 1629964, pending in the 174th District Court of Harris County, Texas, the Honorable Hazel B. Jones presiding.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.

Do not publish. TEX. R. APP. P. 47.2(b).